Georgia Arnette GREEN,
Plaintiff–Appellant,

and

Eagles Learning Center, Plaintiff,

v.

LENOIR COUNTY SHERIFF'S DE-
PARTMENT; Sheriff W.E. (Billy)
Smith; Sgt. K.W. Cook; First Sgt.
A.H. Batchelor, Individually and in
Official Capacity; North Carolina
Highway Patrol; Deputy Eric Dixon,
Individually and in Official Capacity;
Trooper Michael S. Turner; State of
North Carolina or The County of Le-
noir, Defendants–Appellees.

No. 11–1506.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

Georgia A. Green, Appellant pro se.
Scott Christopher Hart, Sumrell, Sugg,
Carmichael, Hicks & Hart, PA, New Bern,
North Carolina; Hal F. Askins, North
Carolina Department of Justice, Raleigh,
North Carolina, for Appellees.

Before GREGORY, SHEDD, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Georgia Arnette Green appeals the dis-
trict court's orders denying relief on her
42 U.S.C. § 1983 (2006) complaint, and
denying her motion for reconsideration.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Green v. Lenoir Cnty. Sheriff's Dep't,* No.
4:08–cv–00072–H (E.D.N.C. Sept. 30, 2010
& Apr. 7, 2011). We deny Green's motion
for appointment of counsel, and we dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*